UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRANDON N. VAUGHAN** | * | **CIVIL ACTION NO:** |
| | * | |
| | * | **JUDGE:** |
| **VERSUS** | * | |
| | * | **MAGISTRATE:** |
| **ALLIANCE OFFSHORE, LLC and** | * | |
| **ALLIANCE LIFTBOATS, LLC** | * | |

**************************************

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, **Brandon N. Vaughan,** a resident of the State of Florida, who respectfully avers as follows:

1.

Made defendants herein are:

**Alliance Offshore, LLC**, a Louisiana Limited Liability Company domiciled in the Parish of Lafourche, State of Louisiana and whose members reside in the Parish of Lafourche, State of Louisiana, and

**Alliance Liftboats, LLC**, a Louisiana Limited Liability Company domiciled in the Parish of Lafourche, State of Louisiana and whose members reside in the Parish of Lafourche, State of Louisiana.

2.

Plaintiff's claims are brought pursuant to the Jones Act, 46 USC § 30104, and the Savings to Suitor's Clause of the United States Constitution under the General Maritime Law, and are specifically designated as an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

3.

Defendants are justly and truly indebted to Plaintiff, jointly, severally and *in solido* for all damages that are reasonable in the premises, together with legal interest from the date of incident until paid and all costs of these proceedings, by reason of the following.

4.

At all material times herein, Plaintiff, **Brandon N. Vaughan**, was employed by Defendants, **Alliance Offshore, LLC** and/or **Alliance Liftboats, LLC** (hereinafter collectively "**Alliance**"), and assigned to the L/B A-V/MEMPHIS as a member of the crew.

5.

At all material times herein, Defendants, **Alliance** were the owner and/or operator of the L/B A-V/MEMPHIS.

6.

On June 2, 2017 the L/B A-V/MEMPHIS was located in Block EI-71-A of the Gulf of Mexico.

7.

During the course of his duties, Plaintiff, **Brandon N. Vaughan**, was instructed to pick up an extension cord laying on the main deck of the L/B A-V/MEMPHIS that had become fouled with pooled water from jacking operations conducted during inclement weather.

8.

Upon grabbing the extension cord, Plaintiff, **Brandon N. Vaughan**, was severely shocked and experienced numbness from his neck to his waist on the right side of his body.

9.

As a result of the aforedescribed incident, Plaintiff, **Brandon N. Vaughan**, suffered severe and debilitating injuries necessitating extensive medical treatment and rendering him unable to resume work.

10.

The injuries and damages sustained by Plaintiff, **Brandon N. Vaughan**, were caused by the negligence and/or fault of Defendants, **Alliance**, which negligence includes the following nonexclusive particulars:

1. Failure to provide a safe place to work;
2. Failure to take proper precautions to prevent the risk of electrical shock;
3. Failure to properly instruct the crew on the use of extension cords in the presence of water;
4. Failure to ensure that the extension cord was connected to a GFI protected outlet to reduce the risk of electric shock;
5. Conducting jacking operations during inclement weather and allowing water to pool on deck;
6. Failure to provide sufficient safety instruction with regard to the assigned task;
7. Failure to provide adequate training with regard to the assigned task;
8. Failure to properly supervise the operation;
9. Failure to properly train the supervisory personnel; and
10. Any other acts of negligence which will be shown at the trial of this matter.

11.

The injuries and damages sustained by Plaintiff, **Brandon N. Vaughan**, were caused by the unseaworthiness of the L/B A-V/MEMPHIS, which unseaworthiness includes the following nonexclusive particulars:

1. Failure to provide a safe place to work;
2. Failure to take proper precautions to prevent the risk of electrical shock;
3. Failure to properly instruct the crew on the use of extension cords in the presence of water;
4. Failure to ensure that the extension cord was connected to a GFI protected outlet to reduce the risk of electric shock;
5. Conducting jacking operations during inclement weather and allowing water to pool on deck;
6. Failure to provide sufficient safety instruction with regard to the assigned task;
7. Failure to provide adequate training with regard to the assigned task;
8. Failure to properly supervise the operation;
9. Failure to properly train the supervisory personnel; and
10. Any other acts of negligence which will be shown at the trial of this matter.

12.

As a result of the negligence of Defendants, **Alliance**, and the unseaworthiness of the L/B A-V/MEMPHIS, Plaintiff, **Brandon N. Vaughan**, sustained significant injuries, necessitating medical treatment and resulting in loss of work; thereby entitling him to general damages, past and future, for his physical and mental pain and suffering, emotional distress, loss of enjoyment of life, and permanent disability; and special damages, past and future, including medical expenses, lost wages and loss of earnings capacity.

WHEREFORE, Plaintiff, **Brandon N. Vaughan**, prays that Defendants, **Alliance Offshore, LLC** and/or **Alliance Liftboats, LLC,** be served with this Complaint for Damages, and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of Plaintiff, **Brandon N. Vaughan**, and against Defendants, **Alliance Offshore, LLC** and/or **Alliance Liftboats, LLC,** jointly, severally and *in solido* for all damages that are reasonable in the premises, together with legal interest, and all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully submitted,

/s/ Christopher J. St. Martin_____
**CHRISTOPHER ST. MARTIN (#26122)**
**JOSEPH G JEVIC III (#23145)**
ST. MARTIN & BOURQUE
315 Barrow St.
Houma, Louisiana  70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

PLEASE SERVE:

**Alliance Offshore, LLC**
Through their agent for service:
Eric  Trosclair
11095 HWY 308
Larose, LA 70373

**Alliance Liftboats, LLC**
Through their agent for service:
Eric Trosclair
11095 HWY 308
Larose, LA 70373